```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                       WESTERN DIVISION
```

KENNETH JOHNSON, father and next
friend to MATTHEW and MARCUS
JOHNSON, minors, and PHYLLIS
JOHNSON                                              PLAINTIFFS

VERSUS                   CIVIL ACTION NO. 5:04cv309-DCB-JCS

WILKINSON COUNTY, STATE OF
MISSISSIPPI; WILKINSON COUNTY BOARD
OF SUPERVISORS: MACK ADAM HANES,
KIRK SMITH, JACK DARDEN, ROBERT
EARL MORGAN, W.G. JOHNSON,
individually and in their official
capacity; WILKINSON COUNTY
SHERIFF DEPARTMENT, WILKINSON COUNTY
SHERIFF: REGINALD JACKSON,
individually and in his official
capacity; WILKINSON COUNTY SHERIFF
OFFICERS: John Does I-V, individually
and in their official capacity; CITY
OF CENTREVILLE, MISSISSIPPI; MAYOR OF
THE CITY OF CENTREVILLE, MISSISSIPPI:
DAVID OWENS; CITY OF CENTREVILLE,
MISSISSIPPI ALDERMEN: JOHN MOORE,
CARL D'AQUILLA, THOMAS LOBRANO, MARY
WEST, MARY SANDERS, individually and
in their official capacity; CITY OF
CENTREVILLE POLICE DEPARTMENT, CITY
OF CENTREVILLE POLICE CHIEF: JIMMY RAY
REESE, individually and in his
official capacity; CITY OF CENTREVILLE
POLICE OFFICERS: John Does I-V,
individually and in their official
capacity; CAMERON RUSS, DEMARIO RUSS,
EDWARD RUSS, JR., EDWARD RUSS, SR.,
ARTHUR RUSS, TERRY RUSS, and CARLA A.
RUSS                                                 DEFENDANTS

## **FINAL JUDGMENT**

This cause having come before the Court on the Wilkinson County Defendants' Motion for Summary Judgment [**docket entry no. 100**] and the City of Centreville Defendants' Motion for Summary

Judgment [**docket entry no. 107**], the Court granted the Motions in separate Memorandum Opinions and Orders which dispose of all claims made by the plaintiffs in this suit against said defendants. Having set forth in the latter Memorandum Opinion and Order that this Court declines to exercise supplemental jurisdiction over the remaining state law claims against the Russ defendants, all such claims against said defendants are dismissed without prejudice. Accordingly,

IT IS HEREBY ORDERED AND ADJUDGED that all claims, both federal and state, are dismissed with prejudice as to Wilkinson County, the Wilkinson County Board of Supervisors (Mack A. Hanes, Kirk Smith, Jack Darden, Robert E. Morgan, W.G. Johnson) in both their individual and official capacities, the Wilkinson County Sheriff's Department, the Wilkinson County Sheriff (Reginald Jackson) in both his individual and official capacity, the Wilkinson County Sheriff Officers in both their individual and official capacities, the City of Centreville, the Mayor of the City of Centreville (David Owens) in both his individual and official capacity, the City of Centreville Board of Aldermen (John Moore, Carl D'Aquilla, Thomas Lobrano, Mary West, Mary Sanders) in both their individual and official capacities, the City of Centreville Police Department, the City of Centreville Police Chief (Jimmy Ray Reese) in both his individual and official capacity, and the City of Centreville Police Officers in both their individual and

official capacities;

IT IS FURTHER ORDERED AND ADJUDGED that all claims are dismissed without prejudice as to Cameron Russ, DeMario Russ, Edward Russ, Jr., Edward Russ, Sr., Arthur Russ, Terry Russ, and Carla Russ.

SO ORDERED AND ADJUDGED, this the   28th   day of June, 2006.

                                                       s/ David Bramlette  
                                              UNITED STATES DISTRICT JUDGE